Jacqueline Mandel, Esq.
Sanders Law Group
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 129151

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Level 12 Productions, LLC, | |
| Plaintiff, | |
| v. | **Case No. 2:25-cv-00005-ROS** |
| Charles Kirk, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

//

//

//

//

//

//

//

//

DATED: March 29, 2025

**Sanders Law Group**

By: ___/s/ Jacqueline Mandel___
Jacqueline Mandel, Esq.
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jmandel@sanderslaw.group
File No.: 129151

*Attorneys for Plaintiff*